

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00488-CV

Charlotte **COSTLEY**,
Appellant

v.

Victoria **CLARK** and National Interstate Insurance Co.,
Appellees

From the 170th Judicial District Court, McLennan County, Texas
Trial Court No. 2013-1228-4 1
Honorable Jim Meyer, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that no costs be assessed against appellant because she is indigent.

SIGNED July 30, 2014.

_____
Luz Elena D. Chapa, Justice